UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cr-80014-Rosenberg/Reinhart

18 U.S.C. § 2252A(a)(5)(B) & (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

AARON PHILLIP LEVINE,
Defendant.
_____/

FILED BY _____ SP _____ D.C.

**Feb 11, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

On or about June 9, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**AARON PHILLIP LEVINE,**

did knowingly possess material that contains an image of child pornography that has been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Pursuant to Title 18, United States Code, Section 2252A(b)(2), it is further alleged that a visual depiction of child pornography involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age.

## FORFEITURE

1.      The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **AARON PHILLIP LEVINE,** has an interest.

2.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense in violation of Title 18, United States Code, Section 2252, as alleged in this Information, defendant **AARON PHILLIP LEVINE,** shall forfeit to the United States:

(a)      any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(b)      any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from the offense(s); and

(c)      any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s) or any property traceable to such property;

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853.

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

AARON PHILLIP LEVINE

_____/

CASE NO.: 25-cr-80014-Rosenberg/Reinhart

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)

☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take ___0___ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑   0 to 5 days
   II   ☐   6 to 10 days
   III   ☐   11 to 20 days
   IV   ☐   21 to 60 days
   V   ☐   61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _Gregory Schiller_ _____
GREGORY SCHILLER
Assistant United States Attorney
FL Bar No.       0648477

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:  AARON PHILLIP LEVINE

**Case No**:  25-cr-80014-Rosenberg/Reinhart

Count #1:

Possession of Child Pornography

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

United States of America )
             v. )    Case No.  25-cr-80014-Rosenberg/Reinhart
                      )
AARON PHILLIP LEVINE )
           *Defendant* )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Fred Haddad
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*